VICTOR D. ORLOVE, Appellant, v. SOCONY-VACUUM OIL CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

MAX HOCHBERG, Appellant, v. WILLIAM WEISMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 274 App. Div. 763.]

HYMAN SHAINES, Appellant, v. EDWARD CARLOUGH, as President of Sheet Metal Workers International Association, Local Union No. 28, of Greater New York and Vicinity, an Unincorporated Association, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 274 App. Div. 821.]

IRVING SILVERSTEIN, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [190 Misc. 588, affd. 190 Misc. 990.] [See 274 App. Div. 763.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK RING, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

WILLIAM FRIEDMAN, Respondent, v. D. L. & D. CORRUGATED PAPER PRODUCTS Co., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

BLANCHE BLATT, Respondent, v. EDWARD BLATT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

ESTHER HOCHBERGER et al., Appellants, v. MACOMBS-INWOOD REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO MASULLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

JAMES EAGLE, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.